UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PAMELA HARLEY,

           Plaintiff,

-against-

AMERICAN HOME MORTGAGE;
MERS: MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.; PUBLIC
ABSTRACT CORPORATION,

           Defendants.
-----------------------------------------------------------------x

**ORDER AND CIVIL JUDGMENT**
10-CV-371 (CBA)

**AMON**, United States District Judge:

Plaintiff Pamela Harley filed this *pro se* action alleging *inter alia* violations of the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 et seq.[1] By Order dated April 28, 2010, plaintiff was directed to file an amended complaint within thirty (30) days of the entry of the Order to comply with Rule 8(a) of the Federal Rules of Civil Procedure. Plaintiff has failed to respond to the Court's April 28, 2010 Order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: that the action is hereby dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order and Judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

           /S/
           _____
           CAROL B. AMON
           United States District Judge

Dated: Brooklyn, New York
       June 22, 2010

---

[1] This case was transferred to this Court from the United States District Court for the Southern District of New York (SDNY) by Order dated January 13, 2010.